IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAROLE RENE ANDERSON;<br>REICHMUTH FUNERAL HOMES, INC.,<br><br>　　　　　Defendants. | 8:19CV443<br><br>ORDER TO DISMISS |

Upon Plaintiff's Motion to Dismiss, Filing 9,

IT IS HEREBY ORDERED that Plaintiff's motion is granted, and the Complaint is dismissed with prejudice.

DATED this 15th day of January, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge